In the Matter of the Transfer Tax upon the Estate of DARIUS O. MILLS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; OGDEN MILLS et al., Individually and as Executors, Respondents.

*Matter of Mills*, 172 App. Div. 530, affirmed.

(Argued November 23, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1916, which modified and affirmed as modified an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Darius O. Mills, deceased. The appraiser refused to tax $2,000,000 which the comptroller contends was a part of the estate, because he found that gifts of said sum had been completed in the lifetime of the deceased, $1,000,000 to a son,

Ogden Mills, and $1,000,000 to a daughter, Elizabeth M. Reid, and the appellant contends that this was error because the alleged gifts were never in fact delivered and there is no evidence either of a present intent to give or of a present intent to deliver the gift. The only question involved in this case is whether the title to this property comes to the son and daughter under the will or by gift *inter vivos*.

*Schuyler C. Carlton, Alexander Otis* and *Lafayette B. Gleason* for appellant.

*Francis Lynde Stetson* and *Hall Park McCullough* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.